IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 07-cv-02016-EWN-MEH         Date:   January 23, 2008
Courtroom Deputy: Cathy Coomes               **FTR – Courtroom C203**

---

KIMBERLY WEISSER, and                                         Michael Laszlo
KENNETH WEISSER,

      Plaintiffs,

vs.

C.B. FLEET HOLDING COMPANY, INCORPORATED, and                 Daniel Wittenberg
C.B. FLEET COMPANY, INCORPORATED,

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**

**Court in session:**     9:51 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding the Joint Motion to Modify the Dispositive Motion Deadline and Corresponding Discovery Schedule (Doc. #11, filed 1/11/08).

**ORDERED:** For reasons stated on the record, the Joint Motion to Modify the Dispositive Motion Deadline and Corresponding Discovery Schedule (Doc. #11, filed 1/11/08) is DENIED without prejudice. Counsel are directed to meet and decide on a date convenient to hold a hearing in this case, as well as 07-cv-02017-EWN-MEH. The purpose of the hearing will be to set a coordinating discovery schedule and to set a date for a Settlement Conference in both cases.

**Court in recess:**     10:05 a.m.   (Hearing concluded)
**Total time in court:**   0:14