IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02016-EWN-MEH

KIMBERLY WEISSER,
KENNETH WEISSER,

    Plaintiffs,

v.

C.B. FLEET HOLDING CO., INC., and
C.B. FLEET CO., INC.,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2008.**

    For good cause shown, the Joint Motion to to Modify Scheduling Order [filed June 6, 2008; doc #25] is **granted**. The Scheduling Order in this matter shall be amended as follows:

| | |
|---|---|
| Plaintiff's Designation of Expert Witnesses: | June 30, 2008 |
| Defendants' Designation of Expert Witnesses: | August 2, 2008 |
| Plaintiffs' Designation of Rebuttal Expert Witnesses: | August 17, 2008 |
| Discovery Cut-Off: | September 15, 2008 |

All other deadlines and conference dates shall remain the same.