IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02016-EWN-MEH

KIMBERLY WEISSER,
KENNETH WEISSER,

    Plaintiffs,

v.

C.B. FLEET HOLDING CO., INC., and
C.B. FLEET CO., INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2008.**

    With the approval of Chief District Judge Edward W. Nottingham, the parties' second Joint Motion to Modify Dispositive Motion Deadline [filed July 3, 2008; doc #34] is **granted**. The Scheduling Order in this matter shall be amended as follows:

Dispositive Motions deadline:                  December 30, 2008

All other deadlines and conference dates shall remain the same. No additional extensions of time will be granted absent a showing of extraordinary circumstances.