IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02016-CMA-MEH

KIMBERLY WEISSER,
KENNETH WEISSER,

    Plaintiffs,

v.

C.B. FLEET HOLDING CO., INC., and
C.B. FLEET CO., INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2008.**

    For good cause shown, the parties' third Joint Motion to Modify Dispositive Motion Deadline [filed November 5, 2008; doc #47] is **granted**. The Scheduling Order in this matter shall be amended as follows:

Dispositive Motions deadline:                      March 30, 2009

All other deadlines and conference dates shall remain the same. No additional extensions of time will be granted absent a showing of extraordinary circumstances.