IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02016-CMA-MEH

KIMBERLY WEISSER,
KENNETH WEISSER,

    Plaintiffs,

v.

C.B. FLEET HOLDING CO., INC., and
C.B. FLEET CO., INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2008.**

    For good cause shown, the parties' third Joint Motion to Modify Scheduling Order [filed November 5, 2008; doc #48] is **granted in part and denied in part**. The Scheduling Order in this matter shall be amended as follows:

| | |
|---|---|
| Plaintiff's Designation of Expert Witnesses: | December 29, 2008 |
| Defendants' Designation of Expert Witnesses: | February 2, 2009 |
| Plaintiffs' Designation of Rebuttal Expert Witnesses: | February 16, 2009 |
| Discovery Cut-Off: | March 16, 2009 |

All other deadlines and conference dates shall remain the same. No additional extensions of time will be granted except under extraordinary circumstances.